UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re Jacqueline C. Melcher

Case No. C-13-04930-RMW

**ORDER EXTENDING TIME**

[Re Docket No. 2]

For good cause shown, the court extends Melcher's time to respond to the motion to withdraw reference, Dkt. No. 1, until December 6, 2013. The trustee must file any rely by December 16, 2013.

Dated: November 15, 2013

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

ORDER
Case No. C-13-04930-RMW
SW

- 1 -