UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re Jacqueline C. Melcher

Case No. C-13-04930-RMW

**ORDER EXTENDING TIME**

[Re Docket No. 3]

The court granted Melcher's request for an extension of time to respond to the motion to withdraw reference until December 6, 2013. Dkt. No. 3. Melcher has failed to file a response, but the court also cannot find proof of service of its order to Melcher. Accordingly, the court will grant her until January 21, 2014 to respond to the motion to withdraw reference. The trustee must file any reply by January 28, 2014.

Dated: January 3, 2014

Ronald M. Whyte
United States District Judge

ORDER
Case No. C-13-04930-RMW
SW

- 1 -