UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| In re Jacqueline C. Melcher | Case No. C-13-04930-RMW<br><br>**ORDER EXTENDING TIME**<br><br>[Re Docket No. 6] |

The court granted Melcher's prior requests for an extension of time to respond to the motion to withdraw reference until January 21, 2014.  Dkt. Nos. 3, 4.  Melcher filed a request for extension of time on January 17, 2014.  Dkt. No. 6.  The court will grant her until February 14, 2014 to respond to the motion to withdraw reference.  No further extensions of time will be granted.  The trustee must file any reply by February 21, 2014.

Dated: January 28, 2014

Ronald M. Whyte
United States District Judge

ORDER
Case No. C-13-04930-RMW
LM

- 1 -