IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JACQUELINE MELCHER | No. C 13-04930 WHA |
| | **ORDER TO SHOW CAUSE** |
| / | |

On June 2, Chapter 7 trustee John W. Richardson filed a supplemental motion for sanctions under 11 U.S.C. 1927 (Dkt. No. 16). The trustee renewed the motion on October 14 (Dkt. No. 27). Debtor Jacqueline Melcher's response was due by October 28. This case was reassigned to the undersigned judge on November 3, but that reassignment did not affect the briefing schedule (Dkt. No. 30). October 28 having passed, the debtor is **ORDERED TO SHOW CAUSE BY NOVEMBER 21** why the trustee's motion should not be granted.

**IT IS SO ORDERED.**

Dated: November 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE