**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE JACQUELINE MELCHER                No. C 13-04930 WHA

**ORDER CONTINUING HEARING ON MOTION FOR SANCTIONS**

_____/

The Court is in receipt of debtor Jacqueline Melcher's response to the order to show cause why the trustee's motion for sanctions should not be granted (Dkt. No. 35). The trustee may reply to the debtor's response by **DECEMBER 8**. The hearing on the motion for sanctions is continued from December 15 to **DECEMBER 29**.

**IT IS SO ORDERED.**

Dated: December 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE