United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE C. MELCHER,<br><br>　　Appellant,<br><br>　v.<br><br>JOHN W. RICHARDSON, Trustee in Bankruptcy,<br><br>　　Appellee.<br>　　　　　　　　　　　　　　　　　　／ | No. C 16-06123 WHA<br>No. C 16-05982 WHA<br>No. C 13-04930 WHA<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

　　Debtor Jacqueline Melcher applied in the above-captioned matters to proceed in forma pauperis. Appended to her application was, among other things, an untitled document wherein debtor requests her "application be filed UNDER SEAL and not put on the open internet because [she is] still trying to find a place to live after being evicted" (16-5982, Dkt. No. 8). The Court construes this document as a separate administrative motion to file under seal debtor's application to proceed in forma pauperis. As such, the motion to seal is **GRANTED**.

　　**IT IS SO ORDERED.**

Dated: December 27, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE