**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JACQUELINE MELCHER | No. C 13-04930 WHA |
| | **NOTICE RE HEARING ON MOTION FOR SANCTIONS** |
| _____ / | |

    At the hearing tomorrow on the Trustee's motion for sanctions, both sides should be prepared to discuss why the Trustee's partial opposition to debtor Jacqueline Melcher's recent motion to consolidate her appeals (Dkt. No. 40) was served by email.

Dated: December 28, 2016.

                                                                  WILLIAM ALSUP
                                                                   UNITED STATES DISTRICT JUDGE