IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE JACQUELINE MELCHER  /  No. C 13-04930 WHA

**ORDER AFTER HEARING ON MOTION FOR SANCTIONS**

    As stated on the record during the hearing on the Trustee's motion for sanctions, debtor Jacqueline Melcher shall perfect her bankruptcy appeals pending before the undersigned by **JANUARY 13, 2017, AT NOON**. Failure to do so will likely result in dismissal of the appeals.

    Also by **JANUARY 13, 2017, AT NOON**, the Trustee shall (1) resubmit his motion for sanctions with accurate calculations supporting the amount of fees requested, (2) re-serve by both physical and electronic mail all documents that he filed and served on debtor since his counsel of record switched to a new firm, and (3) serve all future filings on debtor by both physical and electronic mail.

**IT IS SO ORDERED.**

Dated: December 30, 2016.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE