IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE JACQUELINE MELCHER           No. C 13-04930 WHA

**JUDGMENT**

_____/

For the reasons stated in the accompanying order granting the Trustee's renewed motion to determine the amount of sanctions, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of John Richardson and against Jacqueline Melcher. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 30, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE